No. 649. MACKEY, COMMISSIONER OF IMMIGRATION
AND NATURALIZATION, ET AL. *v.* MENDOZA-MARTINEZ.
Appeal from the United States District Court for the
Southern District of California. Probable jurisdiction
noted. *Solicitor General Rankin, Assistant Attorney*
*General Anderson, Beatrice Rosenberg* and *Jerome M.*
*Feit* for appellants.

No. 552. MINNEAPOLIS & ST. LOUIS RAILWAY CO. *v.*
UNITED STATES ET AL.;
No. 620. SOUTH DAKOTA ET AL. *v.* UNITED STATES
ET AL.; and
No. 633. MINNESOTA ET AL. *v.* UNITED STATES ET AL.
Appeals from the United States District Court for the
District of Minnesota. Probable jurisdiction noted. *Max*
*Swiren* and *Richard Musenbrock* for appellant in No. 552.
*Phil Saunders,* Attorney General of South Dakota, *Her-*
*man L. Bode,* Assistant Attorney General, and *Ernest W.*
*Stephens* for appellants in No. 620. *Miles Lord,* Attor-
ney General of Minnesota, and *Harold J. Soderberg,*
Assistant Attorney General, for appellants in No. 633.
*Solicitor General Rankin, Assistant Attorney General*
*Hansen, Charles H. Weston, Robert W. Ginnane* and
*B. Franklin Taylor, Jr.* for the United States and the
Interstate Commerce Commission, appellees. *Latham*
*Castle,* Attorney General of Illinois, and *Harry R. Begley,*
Special Assistant Attorney General, for the State of Illi-
nois, appellee. *Starr Thomas* and *Edwin A. Lucas* for
the Atchison, Topeka & Santa Fe Railway Co. et al.,
appellees. *Robert H. Walker* and *Max J. Lipkin* for
Intervening Appellees. Reported below: 165 F. Supp.
893.